10 Cal.Rptr. 737]

[Crim. No. 3091.   Third Dist.   Feb. 3, 1961.]

THE PEOPLE, Respondent, v. ALEX SAMUEL ANDERSON, Appellant.

James E. Harris, under appointment by the District Court of Appeal, for Appellant.

Stanley Mosk, Attorney General, and Doris H. Maier, Deputy Attorney General, for Respondent.

VAN DYKE, P. J.—This is an appeal from a judgment entered upon a plea of guilty to a charge of sodomy, a violation of section 286 of the Penal Code.

Upon appellant's request for counsel this court appointed James E. Harris, Esquire, of Sacramento, to represent appellant. Mr. Harris has advised the court that he finds no merit in the appeal and that appellant has asked that he "discontinue the case." Nevertheless, we have made an independent review of the record and find no ground for reversal.

The judgment is affirmed.

Schottky, J., and Warne, J. pro tem.,* concurred.

_____

*Assigned by Chairman of Judicial Council.